USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PHUONG TRUONG, et al.,

                Plaintiffs,

-against-

PHO THANH HOAI 1 INC., et al.,

                Defendants.

-----------------------------------------------------------------X

19-CV-07399 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on December 11, 2019, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on December 26, 2019. ECF No. 22. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 2, 2020
                New York, New York